IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF MARYLAND

FRANCIS AKINRO                        *
                    Plaintiff,
     v.                               *    CIVIL ACTION NO. CCB-10-1587

MARYLAND TRANSIT                      *
 ADMINISTRATION, et al.
                    Defendants.       *
                                     ***

                              MEMORANDUM

Plaintiff, a resident of Baltimore, Maryland who holds himself out as a Department of Justice employee and "Professor," filed this action on June 11, 2010, against the named defendant Maryland Transit Administration ("MTA"). His statement of facts alleges that:

> "Defendant Chief Olotuah have take over the only means of transportation of the state of Maryland. He monopolize the buses and prevent them to stop in every bus stop where I may be because he is fighting war in the continent of Africa and want to extend the war to United States of America to kill all America and use them as meat for his kingdom called Republic of Biafra to be able to established. He is opening gun fire on me since October 1, 2010 with his spirit policemen wearing the uniform of police officers of every city and county he only sees me to use my blood as part of the blood of the rest of my family in Nigeria which he uses as traditional medicine of blood he use as his power which have conquer the whole country of Nigeria and he have use the whole population of over 100 millions of Nigerians as his meat. The Court should issue an order removing him from controlling our transportation system and punished him and peoples he brought United States for ward usually Reonke Omolewa, Daddy Ropo, Mumy Ropo, Iyaboye or Tracy, Gbenya Abina, and Taye Budejo and the military police slaughterer, traditional gunmen which have encamp around the borders of Baltimore, John Hopkins University and Hospitals and the underground of the houses of the mention peoples, Olamiyo Olayoriju and Moy Olayoriju ready for knife slaughtering and the rest manufacture themselves to be white policemen and white soldiers ready to start the combant or military conflict against United States immediately after they might successfully kill me to life imprison and death penalty before each of their trillions of body of men for war against United States is completely overtorn the country."

Paper No. 1 at 2-3.

Plaintiff seeks $497,000,000,000,000.00 in damages, court order to stop Chief Ototuah of Nigeria from interfering with the normal movements of Maryland buses, and the punishment of Chief Ototuah and his conspirators with life imprisonment and the death penalty. *Id* at

Although plaintiff's indigency application contains questionable information, he shall be granted leave to proceed *in forma pauperis*.[1] This court may preliminarily review a complaint's allegations before service of process and dismiss them *sua sponte* if satisfied that the complaint has no factual or legal basis. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris,* 73 F.3d 1310, 1314 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951 (4th Cir. 1995). As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

Even when affording the *pro se* complaint and accompanying materials a generous construction, the court finds no basis to allow the action to go forward or to require supplementation. Plaintiff's complaint allegations speak for themselves. They contain fanciful and delusional comments and because of this the action shall be summarily dismissed as frivolous under 28 U.S.C. § 1915(e). A separate Order follows.


Date: June 22, 2010         /s/
                            Catherine C. Blake
                            United States District Judge

---

[1] Plaintiff claims that he receives $3,063.00 in monthly retirement income; has been employed by the U.S. Department of Justice since July of 2009; and has approximately $200,000.00 accumulated in five separate bank accounts in four different banks. Paper No. 2.